UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60340-Cr-Hurley/Vitunac

FILED by _____ D.C.

FEB 2 9 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BARBARO SANCHEZ,

_____ Defendant.    /

### *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on February 29,  2012,  for a final hearing on the

Petition on alleged violation of supervised release.  The defendant is charged with violation of his

supervised release:

1.      Violation of  Mandatory Condition, by unlawfully possessing or using a controlled

substance.

On or about November 14, 2011, the defendant submitted a urine specimen which tested

positive for the presence of cocaine in our local laboratory,  and subsequently confirmed positive

by Alere Toxicology Services, Inc.

2.      Violation of Standard Condition, by failing to report to the probation officer

as directed.

On November 18, 2011, the defendant was instructed, via a letter, to report to the

U.S. Probation Officer on November 29, 2011, and he failed to comply.

3.     Violation of Standard Condition, by failing to submit a truthful and complete

written monthly report within the first five days of each month.

The defendant has failed to submit a written monthly report for the month of December

2011.

The Defendant consulted with counsel  and  admitted to violating the conditions of

supervised release. The Court found that the Defendant  voluntarily and knowingly admitted to the

violation of his supervised release.   Based upon this finding, this Court  recommends to the District

Court that **BARBARO SANCHEZ** be found in violation of **his supervised release** and

recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C.  §636(b)(1)(B)and (C), the parties shall serve and file written

objections, if any, with the Honorable Daniel T.K. Hurley,  United States District Judge within

fourteen (14) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 29th day of

February, 2012.

**DAVE LEE BRANNON**
**UNITED STATES MAGISTRATE JUDGE**

c:     The Honorable Daniel T.K. Hurley
       Strider Dickson, AUSA
       J.C. Codias, Esquire
       Sheila Stanfield, USPO